# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARIO MARTINEZ AND MELISSA MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY BANK & TRUST COMPANY OF CHEATHAM COUNTY, <br><br> Defendant. | Civil Action No. 3:07-0980 <br> JUDGE ECHOLS <br> MAGISTRATE JUDGE BRYANT |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

By their signatures below, counsel for the parties have stipulated to the Court that the parties have settled and compromised this case and that the plaintiffs have agreed to dismiss this case WITH PREJUDICE. The parties' counsel have further informed the Court that the parties have entered into a confidential settlement agreement ("Settlement Agreement ") that provides, *inter alia*, for no award of attorneys fees to any party, no award of discretionary costs to any party, and for confidentiality and non-disparagement by all parties.

ACCORDINGLY, it is ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed WITH PREJUDICE and that the Court retains jurisdiction to the extent necessary to enforce the parties' Settlement Agreement. It is FURTHER ORDERED that no party is entitled to recover attorneys fees, discretionary costs, or any other sums except as expressly provided in the Settlement Agreement.

UNITED STATES DISTRICT JUDGE

_[signature]_
Robert L. Echols

778964:3:NASHVILLE

APPROVED FOR SUBMISSION TO THE UNITED STATES DISTRICT COURT:

COUNSEL FOR THE PLAINTIFFS:

_____
Robert J. Martin, Esq.
35 Crossland Avenue
Suite A
Clarksville, Tennessee 37040

COUNSEL FOR DEFENDANT:

_____
Daniel W. Small, Esq.
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219


_____
Benjamin H. Perry, Esq.   w/ permission by DWS
BALTHROP, PERRY & NOE
103 Frey Street
Ashland City, Tennessee 37015

778964:3:NASHVILLE                                    2